*1029 C. A. 1st Cir. Reported below: 117 Fed. Appx. 773;
C. A. 5th Cir. Reported below: 111 Fed. Appx. 325;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 269;
C. A. 6th Cir. Reported below: 134 Fed. Appx. 797;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 373;
C. A. 1st Cir. Reported below: 377 F. 3d 49;
C. A. 4th Cir. Reported below: 118 Fed. Appx. 669;
C. A. 4th Cir. Reported below: 118 Fed. Appx. 772;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 205;
C. A. 2d Cir. Reported below: 99 Fed. Appx. 256;
C. A. 5th Cir. Reported below: 119 Fed. Appx. 640;
C. A. 8th Cir. Reported below: 113 Fed. Appx. 720;
C. A. 1st Cir.;
C. A. 6th Cir. Reported below: 393 F. 3d 665;
C. A. 11th Cir.;
*1030 No. 04-9569.
No. 04-9576.
No. 04-9601.
No. 04-9603.
No. 04-9620.
No. 04-9665.
No. 04-9701.
No. 04-9754.
C. A. 5th Cir. Reported below: 119 Fed. Appx. 603;
C. A. 5th Cir. Reported below: 119 Fed. Appx. 653;
C. A. 5th Cir. Reported below: 108 Fed. Appx. 937;
C. A. 9th Cir. Reported below: 114 Fed. Appx. 785;
C. A. 3d Cir. Reported below: 120 Fed. Appx. 920;
C. A. 11th Cir.;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 975; and
C. A. 11th Cir. Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).